UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCISCO ROSARIO,<br><br>        Plaintiff,<br>v.<br><br>ELMIRA KAPCHITS,<br><br>        Defendant. | Civ. Action No. 05-4138 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

   For the reasons expressed in the opinion filed herewith,

   **IT IS** on this 20th day of February, 2008,

   **ORDERED** that defendant's motion for summary judgment, appearing on the docket as entry # 22, is **granted**; and it is further

   **ORDERED** that the Clerk of the Court is directed to close this matter.

                              /s/Katharine S. Hayden

                              Katharine S. Hayden, U.S.D.J.